(98 South. 416)

No. 26335.

## STATE v. HEBERT.

### In re Raymond HEBERT applying for Certiorari and Prohibition.

(Dec. 3, 1923.)

Thomas A. Edwards, of Lake Charles, for relator.

By Division A, composed of O'NIELL, C. J., and ROGERS and BRUNOT, JJ.

O'NIELL, C. J. This is a proceeding to prevent the relator's being adjudged in contempt of the authority of the district court. The respondent, judge, in his answer to the rule to show cause why the relief should not be granted, says that the rule for contempt was issued improvidently and has been revoked.

The rule issued herein is recalled.